CORA INGALLS, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Ingalls* v. *Erie R. R. Co.*, 163 App. Div. 936, affirmed.

(Argued January 29, 1918; decided February 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 11, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been occasioned plaintiff through the negligence of the defendant. The complaint alleged that about one and one-half miles west of Adrian, N. Y., was a private farm crossing, which it was the duty of defendant to keep in repair; that in the year 1910, defendant undertook to repair the roadway forming a part of said crossing, and negligently and improperly left the same in a rough and uneven condition; that on October 18, 1910, plaintiff was riding with her husband in a two-seated platform wagon over said crossing, when the forward wheels dropped into a hole in the roadway and threw plaintiff out of the wagon, causing the injuries complained of.

*J. W. Hollis* for appellant.

*W. J. Cheney* and *F. A. Robbins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, MCLAUGHLIN and CRANE, JJ. Dissenting: HOGAN, J.